**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7654**

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 v.

DONZEL FREDRICKUS STINSON, a/k/a Shack, a/k/a Shaq,

 Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:06-cr-00022-RLV-CH-20)

Submitted: January 10, 2013          Decided: January 23, 2013

Before MOTZ, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donzel Fredrickus Stinson, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donzel Fredrickus Stinson appeals the district court's order denying his motion for a reduction in his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Stinson, No. 5:06-cr-00022-RLV-CH-20 (Aug. 23, 2012). We deny Stinson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED